# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DENNIS KIRK SUDBERRY,

    Petitioner,

vs.

ISIDRO BACA, et al.,

    Respondents.

Case No. 3:16-cv-00687-RCJ-WGC

**ORDER**

    Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court dismisses this action because petitioner did not pay the filing fee, nor did he submit an application to proceed in forma pauperis with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    Reasonable jurists would not find this conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that the clerk of the court shall send petitioner a blank form for an application to proceed in forma pauperis for incarcerated litigants.

    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall enter judgment accordingly and close this action.

///

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED:  January 24, 2017.

_____
ROBERT C. JONES
United States District Judge

-2-