AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

DENNIS K. SUDBERRY,

    Petitioner,

v.

ISIDRO BACA, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:16-cv-00687-RCJ-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** D that this action is DISMISSED without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account.
    **IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.

January 24, 2017                **DEBRA K. KEMPI**
                                                   Clerk

                                                   /s/ K. Rusin
                                                   Deputy Clerk