# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DENNIS KIRK SUDBERRY,

    Petitioner,

vs.

ISIDRO BACA, et al.,

    Respondents.

Case No. 3:16-cv-00687-RCJ-WGC

**ORDER**

    Petitioner has filed a third motion for judgment (ECF No. 9). Again, the motion is moot because the court already has dismissed the action. ECF No. 3.

    Petitioner repeats the complaints that he alleged in his second motion for judgment (ECF No. 7). Petitioner is wasting the court's time with these continuous motions. The court will restrict petitioner from filing anything in this action other than a notice of appeal from this order.

    Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that petitioner's motion for judgment (ECF No. 9) is **DENIED** as moot.

///
///
///
///
///

1 IT IS FURTHER ORDERED that the clerk of the court shall return unfiled to petitioner any document intended for filing in this action, other than a notice of appeal from this order.

DATED: This 22nd day of May, 2017.

_____
ROBERT C. JONES
United States District Judge